# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **RITCHIE SIMS, #10265-021** | § | |
| VS. | § | CIVIL ACTION NUMBER 5:09cv97 |
| **RANDY PENNINGTON** | § | |

## O R D E R

The above-styled lawsuit was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636. Having reviewed the pleadings filed by the Plaintiff, it is hereby

**ORDERED** that the Clerk of the Court shall issue process and the Defendant shall have sixty (60) days from the date of service of process to answer or otherwise plead. It is further

**ORDERED** that, the Court having determined that appointment of the United States Marshal to serve process is necessary and appropriate in this case, service shall be perfected by the United States Marshal without cost to the Plaintiff. Rule 4(c)(2), Fed. R. Civ. P. Such service shall include service upon the United States Attorney for the Eastern District of Texas (addressed to the Civil Process Clerk), the Attorney General of the United States, the Bureau of Prisons and F.C.I. Texarkana by registered or certified mail. Rule 4(i), Fed. R. Civ. P. Service upon Randy Pennington shall be by delivering a copy of the summons and of the complaint to him personally or by certified mail with delivery restricted to addressee only. *See Johnson v. Carlson*, 574 F.Supp. 827, 830 (N.D. Tex. 1983). It is further

**ORDERED** that within thirty days after the answer is filed, the parties are to disclose to each other all information relevant to the claims or defenses of any party. The parties shall promptly file a notice of disclosure after such disclosure has taken place. No further discovery will be allowed

1

except on further order of the Court.  Furthermore, Conferences under Rules 26(f) and 16(b), Fed. R. Civ. P., are not required except on further order of the Court.

**SIGNED this 24th day of August, 2009.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE